# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BURNSIDE CONSTRUCTION COMPANY | § | Case No. 07-08190 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/08/2007 .  The undersigned trustee was appointed on  05/08/2007 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $          236,832.39

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 12,780.87 |
| Bank service fees | 7,857.09 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $          216,194.43

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was  09/24/2007  and the deadline for filing governmental claims was  09/24/2007 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 15,091.62 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 15,091.62 , for a total compensation of $ 15,091.62 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 31.50 , for total expenses of $ 31.50 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/07/2016                      By:/s/BRENDA PORTER HELMS, TRUSTEE
                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 07-08190 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | BURNSIDE CONSTRUCTION COMPANY | | | | Date Filed (f) or Converted (c): | 05/08/2007 (f) |
| | | | | | 341(a) Meeting Date: | 06/12/2007 |
| For Period Ending: | 01/07/2016 | | | | Claims Bar Date: | 09/24/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Refunds of COBRA payments          (u) | Unknown | 0.00 | | 2,465.85 | FA |
| 2. Chase Bank checking account | 7,289.27 | 0.00 | | 7,004.31 | FA |
| 3. Pre-paid toll deposit refunds          (u) | Unknown | 0.00 | | 481.44 | FA |
| 4. George Arquilla account receivable | 0.00 | 200,000.00 | | 200,000.00 | FA |
| 5. utility refunds          (u) | Unknown | 0.00 | | 989.06 | FA |
| 6. Post-Petition Interest Deposits          (u) | Unknown | N/A | | 508.48 | FA |
| 7. OFFICE EQUIPMENT, FURNISHINGS, AND | 7,500.00 | 25,000.00 | | 25,000.00 | FA |
| 8. 100% interest in BCMC | Unknown | 0.00 | | 0.00 | FA |
| 9. 1% interest in Bingham Burnside LLC | Unknown | 0.00 | | 0.00 | FA |
| 10. Traditions of Olympia Fields | 503,522.74 | 0.00 | | 0.00 | FA |
| 11. 1/2 interest in BMW 645 ci | 25,000.00 | 0.00 | | 0.00 | FA |
| 12. 2002 Ford Explorer | 7,400.00 | 0.00 | | 0.00 | FA |
| 13. 2002 Ford Explorer | 6,900.00 | 0.00 | | 0.00 | FA |
| 14. Two trailers | 15,000.00 | 0.00 | | 0.00 | FA |
| 15. Construction trailer #1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. Construction trailer #2 | 1,000.00 | 0.00 | | 0.00 | FA |
| 17. Sales trailer in Olympia Fields | 5,000.00 | 0.00 | | 0.00 | FA |
| 18. REAL ESTATE TAX REFUNDS          (u) | 0.00 | 0.00 | | 383.25 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $579,612.01 | $225,000.00 | | $236,832.39 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Trustee is dealing with two contingent claims filed by bonding companies; if issue is not resolved, trustee will file object to claims

Exhibit A

Initial Projected Date of Final Report (TFR): 12/30/2008          Current Projected Date of Final Report (TFR): 12/30/2015

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 07-08190 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: BURNSIDE CONSTRUCTION COMPANY | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1137 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX5367 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/07/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $221,034.95 | | $221,034.95 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $77.21 | $220,957.74 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $140.77 | $220,816.97 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $136.13 | $220,680.84 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $140.59 | $220,540.25 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $327.84 | $220,212.41 |
| 02/15/13 | 10001 | INTERNATIONAL SURETIES LTD | Bond #016026455 | 2300-000 | | $197.10 | $220,015.31 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $295.70 | $219,719.61 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $326.65 | $219,392.96 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $315.63 | $219,077.33 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $325.71 | $218,751.62 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $314.74 | $218,436.88 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $324.77 | $218,112.11 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $324.27 | $217,787.84 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $313.38 | $217,474.46 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $323.32 | $217,151.14 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $312.43 | $216,838.71 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $221,034.95     $4,196.24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 07-08190 | |
| Case Name: BURNSIDE CONSTRUCTION COMPANY | |

| | |
|---|---|
| Trustee Name: BRENDA PORTER HELMS, TRUSTEE | |
| Bank Name: Associated Bank | |
| Account Number/CD#: XXXXXX1137 | |
| Checking - Non Interest | |

Taxpayer ID No: XX-XXX5367

For Period Ending: 01/07/2016

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $322.36 | $216,516.35 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $321.92 | $216,194.43 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $221,034.95 | $4,840.52 |
| Less: Bank Transfers/CD's | | $221,034.95 | $0.00 |
| Subtotal | | $0.00 | $4,840.52 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $4,840.52 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-08190 | | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | BURNSIDE CONSTRUCTION COMPANY | | | Bank Name: | Bank of America |
| | | | | Account Number/CD#: | XXXXXX5790 |
| | | | | | Money Market - Interest Bearing |
| Taxpayer ID No: | XX-XXX5367 | | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/07/2016 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/18/07 | 1 | SOURCE, COBRA<br>18 Commerce DriveSuite 105Grayslake IL 60030 | refund of cobra payment | 1229-000 | $1,457.75 | | $1,457.75 |
| 05/18/07 | 1 | COBRASOURCE<br>15 Commerce DriveSuite 105Grayslake IL 60030 | Cobra refund | 1229-000 | $479.98 | | $1,937.73 |
| 05/21/07 | | BURNSIDE CONSTRUCTION MANAGEMENT CO<br>2400 Wisconsin AvenueDowners Grove IL 60515 | bank account proceeds | 1129-000 | $7,491.10 | | $9,428.83 |
| 06/23/07 | 3 | ILLINOS STATE TOLL HIGHWAY AURHORII<br>2700 Ogden AvenueDowners Grove IL 60515 | pre-paid toll deposit refund | 1229-000 | $23.95 | | $9,452.78 |
| 06/23/07 | 3 | ILLINOIS STATE TOLLWAY AUTHORITY<br>2700 Ogden AvenueDowners Grove IL 60515 | pre-paid toll deposit refund | 1229-000 | $22.55 | | $9,475.33 |
| 06/23/07 | 3 | ILLINOIS STATE TOLLHIGHWAY AURHORIT<br>2700 Ogden AvenueDowners Grove IL 60515 | pre-paid toll deposit refund | 1229-000 | $30.50 | | $9,505.83 |
| 06/23/07 | 3 | ILLINOIS STATE TOLL HIGHWAY AUTHORI<br>2700 Ogden AvenueDownerst Grove IL 60515 | pre-paid toll deposit refund | 1229-000 | $29.25 | | $9,535.08 |
| 06/23/07 | 3 | ILLINOIS STATE TOLL HIGHWAY AUTHORI<br>2700 Ogden AvenueDowners Grove IL 60515 | pre-paid toll deposit refund | 1229-000 | $45.50 | | $9,580.58 |
| 06/23/07 | 3 | ILLINOIS STATE TOLL HIGHWAY AUTHORI<br>2700 Ogden AvenueDowners Grove IL 60515 | pre-paid toll deposit refund | 1229-000 | $55.25 | | $9,635.83 |
| 06/23/07 | 3 | ILLINOIS STATE TOLL HIGHWAY AURHOTI<br>2700 Ogden AvenuDowners Grove IL 60515 | pre-paid toll deposit refund | 1229-000 | $15.55 | | $9,651.38 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals: $9,651.38 $0.00

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 07-08190
Case Name: BURNSIDE CONSTRUCTION COMPANY

Taxpayer ID No: XX-XXX5367
For Period Ending: 01/07/2016

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Bank of America
Account Number/CD#: XXXXXX5790
Money Market - Interest Bearing
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/23/07 | 3 | ILLINOIS STATE TOLL HIGHWAY AURHORI 2700 Ogden AvenueDowners Grove IL 60515 | pre-paid tolldeposit refund | 1229-000 | $27.75 | | $9,679.13 |
| 06/23/07 | 3 | ILLINOIS STATE TOLL HIGHWAY AURHORI 2700 Ogden AvenueDowners Grove IL 60515 | pre-paid toll deposit refund | 1229-000 | $10.00 | | $9,689.13 |
| 06/23/07 | 3 | ILLINOIS STATE TOLL HIGHWAY AURHORI 2700 Ogden AvenueDowners Grove IL 60515 | pre-paid toll deposit refund | 1229-000 | $36.15 | | $9,725.28 |
| 06/23/07 | 3 | ILLINOIS STATE TOLL HIGHWAY AURHORI 2700 Ogden AvenueDowners Grove IL 60515 | pre-paid toll deposit refund | 1229-000 | $10.00 | | $9,735.28 |
| 06/23/07 | 3 | GEORGE ARQUILLA COMPANIES INC. 2400 Wisconsin AvenueDowners Grove IL 60515 | ADP reimbursement | 1229-000 | $174.99 | | $9,910.27 |
| 06/23/07 | 1 | COBRA 15 Commerce Dr  #105Grayslake IL 60030 | COBRA refund | 1229-000 | $528.12 | | $10,438.39 |
| 06/23/07 | 2 | BURNSIDE CONSTRUCTION MANAGEMENT CO 2400 Wisconsin AvenueDowners Grove IL | replacement ck for bank acct | 1129-000 | $7,004.31 | | $17,442.70 |
| 06/23/07 | | Reverses Deposit # 3 | NSF check | 1129-000 | ($7,491.10) | | $9,951.60 |
| 06/25/07 | 5 | COMED P.O. Box 805379Chicago IL 60680 | utility refund | 1229-000 | $681.22 | | $10,632.82 |
| 06/25/07 | 5 | COMED P.O. Box 805379Chicago IL 60680 | utility refund | 1229-000 | $0.18 | | $10,633.00 |
| 06/25/07 | 5 | COMED | utility refund | 1229-000 | $28.28 | | $10,661.28 |
| 06/25/07 | 5 | COMED | utility refund | 1229-000 | $0.47 | | $10,661.75 |
| 06/25/07 | 5 | COMED P.O. Box 805379Chicago IL 60680 | utility refund | 1229-000 | $61.21 | | $10,722.96 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Page Subtotals: $1,071.58   $0.00

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 07-08190 | |
| Case Name: BURNSIDE CONSTRUCTION COMPANY | |

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Bank of America
Account Number/CD#: XXXXXX5790
Money Market - Interest Bearing
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Taxpayer ID No: XX-XXX5367
For Period Ending: 01/07/2016

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/25/07 | 5 | COMED P.O. Box 805379Chicago IL 60680 | utility refund | 1229-000 | $25.15 | | $10,748.11 |
| 06/25/07 | 5 | COMED P.O. Box 805379Chicago IL 60680 | utility refund | 1229-000 | $8.04 | | $10,756.15 |
| 06/25/07 | 5 | COMED P.O. Box 805379Chicago IL 60680 | utiilty refund | 1229-000 | $36.72 | | $10,792.87 |
| 06/25/07 | 5 | COMED P.O. Box 805379Chicago IL 60680 | utility refund | 1229-000 | $147.79 | | $10,940.66 |
| 06/29/07 | 6 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | $2.51 | | $10,943.17 |
| 07/31/07 | 6 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | $9.30 | | $10,952.47 |
| 08/29/07 | 7 | ARQUILLA, J.P. 1039 Braemoor Dr.Downers Grove IL 60515 | sale of office equipment | 1129-000 | $25,000.00 | | $35,952.47 |
| 08/31/07 | 6 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | $9.30 | | $35,961.77 |
| 09/28/07 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | $20.81 | | $35,982.58 |
| 10/31/07 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | $22.93 | | $36,005.51 |
| 11/30/07 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | $19.24 | | $36,024.75 |
| 12/31/07 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | $17.22 | | $36,041.97 |
| 01/31/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | $14.28 | | $36,056.25 |
| 02/14/08 | 101 | INTERNATIONAL SURETIES LTD 701 Polydras StNew Orleans LA 70139 | trustee bond | 2300-000 | | $40.21 | $36,016.04 |
| 02/29/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | $8.57 | | $36,024.61 |
| 03/31/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | $8.51 | | $36,033.12 |
| 04/14/08 | 4 | ARQUILLA III, GEORGE 2400 Wisconsin AveDowners Grove IL 60515 | partial settlement of receivable | 1121-000 | $25,000.00 | | $61,033.12 |

Page Subtotals: $50,350.37 $40.21

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 07-08190 | | Exhibit B |
| Case Name: BURNSIDE CONSTRUCTION COMPANY | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | |
| | Bank Name: Bank of America | |
| | Account Number/CD#: XXXXXX5790 | |
| | Money Market - Interest Bearing | |
| Taxpayer ID No: XX-XXX5367 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/07/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | $9.76 | | $61,042.88 |
| 05/19/08 | 4 | ARQUILLA, GEORGE 4 Andrew CourtBurr Ridge IL 60527 | partial payment of account receivab | 1121-000 | $25,000.00 | | $86,042.88 |
| 05/30/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | $8.26 | | $86,051.14 |
| 06/30/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | $10.58 | | $86,061.72 |
| 07/31/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | $10.93 | | $86,072.65 |
| 08/29/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | $10.93 | | $86,083.58 |
| 09/30/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | $10.59 | | $86,094.17 |
| 10/06/08 | 4 | GEORGE AND JANICE ARQUILLA 4 Andrew CourtBurr Ridge IL 60527 | settlement of a/r | 1121-000 | $150,000.00 | | $236,094.17 |
| 10/31/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | $17.27 | | $236,111.44 |
| 11/28/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | $19.35 | | $236,130.79 |
| 12/31/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | $12.77 | | $236,143.56 |
| 01/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | $4.00 | | $236,147.56 |
| 02/06/09 | 102 | INTERNATIONAL SURETIES LTD | trustee bond | 2300-000 | | $255.43 | $235,892.13 |
| 02/27/09 | 6 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $3.62 | | $235,895.75 |
| 03/31/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | $4.02 | | $235,899.77 |
| 04/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $9.69 | | $235,909.46 |
| 05/29/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $10.01 | | $235,919.47 |

Page Subtotals:                    $175,141.78          $255.43

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 07-08190
Case Name: BURNSIDE CONSTRUCTION COMPANY

Taxpayer ID No: XX-XXX5367
For Period Ending: 01/07/2016

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Bank of America
Account Number/CD#: XXXXXX5790
Money Market - Interest Bearing
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $9.70 | | $235,929.17 |
| 07/31/09 | 6 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $10.02 | | $235,939.19 |
| 08/31/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $10.02 | | $235,949.21 |
| 09/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $9.70 | | $235,958.91 |
| 10/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $10.02 | | $235,968.93 |
| 11/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $9.70 | | $235,978.63 |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf of DuPage County Collector) | 1999-2000 REAL ESTATE TAX REFUND | 1224-000 | $1.30 | | $235,979.93 |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf of DuPage County Collector) | 1999-2000 REAL ESTATE TAX REFUND | 1224-000 | $1.30 | | $235,981.23 |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf of DuPage County Collector) | 1999-2000 REAL ESTATE TAX REFUND | 1224-000 | $0.27 | | $235,981.50 |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf of DuPage County Collector) | 1999-2000 REAL ESTATE TAX REFUND | 1224-000 | $0.34 | | $235,981.84 |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf of DuPage County Collector) | 1999-2000 REAL ESTATE TAX REFUND | 1224-000 | $0.34 | | $235,982.18 |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf of DuPage County Collector) | 1999 Real Estate Tax Refund | 1224-000 | $0.34 | | $235,982.52 |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf of DuPage County Collector) | 1999-2000 REAL ESTATE TAX REFUND | 1224-000 | $0.27 | | $235,982.79 |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf of DuPage County Collector) | 1999-2000 REAL ESTATE TAX REFUND | 1224-000 | $0.27 | | $235,983.06 |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf of DuPage County Collector) | 1999-2000 REAL ESTATE TAX REFUND | 1224-000 | $1.30 | | $235,984.36 |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf of DuPage County Collector) | 1999-2000 REAL ESTATE TAX REFUND | 1224-000 | $0.27 | | $235,984.63 |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf of DuPage County Collector) | 1999-2000 REAL ESTATE TAX REFUND | 1224-000 | $0.34 | | $235,984.97 |

UST Form 101-7-TFR (5/1/2011) (Page: 11)

Page Subtotals:                    $65.50          $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-08190

Case Name: BURNSIDE CONSTRUCTION COMPANY

Taxpayer ID No: XX-XXX5367

For Period Ending: 01/07/2016

Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Bank Name: Bank of America

Account Number/CD#: XXXXXX5790

Money Market - Interest Bearing

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf of DuPage County Collector) | 1999-2000 REAL ESTATE TAX REFUND | 1224-000 | $1.30 | | $235,986.27 |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf od DuPage County Collector) | 1999-2000  REAL ESTATE TAX REFUND | 1224-000 | $368.83 | | $236,355.10 |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf of DuPage County Collector) | 1999-2000 REAL ESTATE TAX REFUND | 1224-000 | $1.30 | | $236,356.40 |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf of DuPage County Collector) | 1999-2000 REAL ESTATE TAX REFUND | 1224-000 | $4.53 | | $236,360.93 |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf of DuPage County Collector) | 1999-2000 REAL ESTATE TAX REFUND | 1224-000 | $0.34 | | $236,361.27 |
| 12/17/09 | 18 | CRANR, MICHAEL (on behalf of DuPage County Collector) | 1999-2000 REAL ESTATE TAX REFUND | 1224-000 | $0.34 | | $236,361.61 |
| 12/17/09 | 18 | CRANE, MICHAEL (on behalf of DuPage County Collector) | 1999-2000 REAL ESTATE TAX REFUND | 1224-000 | $0.27 | | $236,361.88 |
| 12/31/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $10.03 | | $236,371.91 |
| 01/29/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $10.03 | | $236,381.94 |
| 02/26/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $9.07 | | $236,391.01 |
| 03/06/10 | 103 | INTERNATIONAL SURETIES LTD 701 Polydras St.  #420New Orleans LA 70139 | bond premium | 2300-000 | | $200.67 | $236,190.34 |
| 03/31/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $10.04 | | $236,200.38 |
| 04/30/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $9.71 | | $236,210.09 |
| 05/28/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $10.03 | | $236,220.12 |
| 06/30/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $9.71 | | $236,229.83 |
| 07/30/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $10.03 | | $236,239.86 |
| 08/31/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $10.04 | | $236,249.90 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Page Subtotals:                    $465.60              $200.67

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-08190

Case Name: BURNSIDE CONSTRUCTION COMPANY

Taxpayer ID No: XX-XXX5367

For Period Ending: 01/07/2016

Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Bank Name: Bank of America

Account Number/CD#: XXXXXX5790

Money Market - Interest Bearing

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/30/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $9.71 | | $236,259.61 |
| 10/29/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $10.03 | | $236,269.64 |
| 11/30/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $9.72 | | $236,279.36 |
| 12/31/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $10.03 | | $236,289.39 |
| 01/31/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | $10.03 | | $236,299.42 |
| 02/19/11 | 104 | SURETIES, INTERNATIONAL 701 Polydras St.  #420New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | $179.74 | $236,119.68 |
| 02/28/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.81 | | $236,121.49 |
| 03/19/11 | 105 | ALAN D. LASKO & ASSOCIATES, P.C. | accountant fees | 3410-000 | | $8,233.80 | $227,887.69 |
| 03/19/11 | 106 | ALAN D. LASKO & ASSOCIATES, P.C. | accountant expenses | 3420-000 | | $74.38 | $227,813.31 |
| 03/31/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $2.00 | | $227,815.31 |
| 04/29/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.87 | | $227,817.18 |
| 05/31/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.94 | | $227,819.12 |
| 06/30/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.87 | | $227,820.99 |
| 07/29/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.93 | | $227,822.92 |
| 08/31/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.94 | | $227,824.86 |
| 09/28/11 | 107 | Reverses Check # 107 | accountant fees | 3410-000 | | ($8,233.80) | $236,058.66 |
| 09/28/11 | 108 | Reverses Check # 108 | accountant expenses | 3420-000 | | ($74.38) | $236,133.04 |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

Page Subtotals:                    $62.88            $179.74

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 07-08190 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | Exhibit B |
| Case Name: BURNSIDE CONSTRUCTION COMPANY | Bank Name: Bank of America | |
| | Account Number/CD#: XXXXXX5790 | |
| | Money Market - Interest Bearing | |
| Taxpayer ID No: XX-XXX5367 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/07/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/28/11 | 107 | ALAN D. LASKO & ASSOCIATES P.C. | accountant fees | 3410-000 | | $8,233.80 | $227,899.24 |
| 09/28/11 | 108 | ALAN D. LASKO & ASSOCIATES P.C. | accountant expenses | 3420-000 | | $74.38 | $227,824.86 |
| 09/30/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.87 | | $227,826.73 |
| 10/31/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.93 | | $227,828.66 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $290.25 | $227,538.41 |
| 11/30/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.87 | | $227,540.28 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $280.53 | $227,259.75 |
| 12/30/11 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.93 | | $227,261.68 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $280.18 | $226,981.50 |
| 01/31/12 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.93 | | $226,983.43 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $297.68 | $226,685.75 |
| 02/29/12 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.80 | | $226,687.55 |
| 02/29/12 | 109 | INTRENATIONAL SURETIES LTD. | Trustee bond | 2300-000 | | $299.98 | $226,387.57 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $269.42 | $226,118.15 |
| 03/15/12 | 110 | ALAN D. LASKO & ASSOCIATES, P.C. | acocuntants fees | 3410-000 | | $1,402.80 | $224,715.35 |
| 03/15/12 | 111 | ALAN D. LASKO & ASSOCIATES, P.C. | accountant expenses | 3420-000 | | $25.84 | $224,689.51 |
| 03/15/12 | 112 | ALAN D. LASKO & ASSOCIIATES P.C. | accountant fees | 3410-000 | | $1,842.40 | $222,847.11 |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*          Page Subtotals:          $11.33          $13,297.26

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 07-08190
Case Name: BURNSIDE CONSTRUCTION COMPANY

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Bank of America
Account Number/CD#: XXXXXX5790
Money Market - Interest Bearing

Taxpayer ID No: XX-XXX5367
For Period Ending: 01/07/2016

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/15/12 | 113 | ALAN D. LASKO & ASSOCIATES P.C. | accountant expenses | 3420-000 | | $28.52 | $222,818.59 |
| 03/30/12 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.90 | | $222,820.49 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $276.72 | $222,543.77 |
| 04/30/12 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.82 | | $222,545.59 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $282.74 | $222,262.85 |
| 05/31/12 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.88 | | $222,264.73 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $282.38 | $221,982.35 |
| 06/29/12 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.82 | | $221,984.17 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $263.83 | $221,720.34 |
| 07/31/12 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.88 | | $221,722.22 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $290.78 | $221,431.44 |
| 08/31/12 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.88 | | $221,433.32 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $281.33 | $221,151.99 |
| 09/14/12 | 6 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.79 | | $221,152.78 |
| 09/14/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET10TH FLOORDALLAS, TX  75283 | BANK FEES | 2600-000 | | $117.83 | $221,034.95 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $221,034.95 | $0.00 |

|  | COLUMN TOTALS | $236,832.39 | $236,832.39 |
|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 15)* | Page Subtotals: | $11.97 | $222,859.08 |

Exhibit B

| | | |
|---|---|---|
| Less: Bank Transfers/CD's | $0.00 | $221,034.95 |
| Subtotal | $236,832.39 | $15,797.44 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $236,832.39 | $15,797.44 |

Page Subtotals:                              $0.00              $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1137 - Checking - Non Interest | $0.00 | $4,840.52 | $216,194.43 |
| XXXXXX5790 - Money Market - Interest Bearing | $236,832.39 | $15,797.44 | $0.00 |
| | $236,832.39 | $20,637.96 | $216,194.43 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $236,832.39 |
| Total Gross Receipts: | $236,832.39 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:07-08190-DRC                                                    Date: January 7, 2016
Debtor Name: BURNSIDE CONSTRUCTION COMPANY
Claims Bar Date: 9/24/2007

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BRENDA PORTER HELMS 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Administrative | | $0.00 | $15,091.62 | $15,091.62 |
| 100 2200 | BRENDA PORTER HELMS 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Administrative | | $0.00 | $31.50 | $31.50 |
| BOND 999 2300 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA 70139 | Administrative | | $0.00 | $676.82 | $676.82 |
| 100 3210 | Cohen & Krol | Administrative | | $0.00 | $9,355.25 | $9,355.25 |
| 100 3220 | Cohen & Krol | Administrative | | $0.00 | $248.40 | $248.40 |
| 100 3420 | ALAN D. LASKO & ASSOCAITES P.C. ALAN D. LASKO & ASSOCAITES P.C. | Administrative | | $0.00 | $39.62 | $39.62 |
| 100 3420 | Alan D. Lasko & Associates P. C. 205 W. Randolph St #1150 Chicago IL 60606 | Administrative | | $0.00 | $6,017.80 | $6,017.80 |
| 5 50 4210 | GENERAL ELECTRIC CAPITAL CORPORATIO c/o Coston & Rademacher 105 W. Adams, Suite 1400 Chicago, IL 60603 | Secured | Value of secured claim against estate determined to be $0.00 per order 1/24/14 | $0.00 | $104,605.66 | $0.00 |
| 7 50 4210 | RITE-WAY TILE AND CARPET COMPANY I William H. Hrabak, Jr 835 McClintock Drive, 2nd Floor Burr Ridge, IL 60527 | Secured | Value of secured claim against estate determined to be $0.00 per order 1/24/14 (7-1) Modified on 7/6/2007 to correct address(PG) | $0.00 | $139,662.17 | $0.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:07-08190-DRC                                                                                          Date: January 7, 2016

Debtor Name: BURNSIDE CONSTRUCTION COMPANY

Claims Bar Date: 9/24/2007

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10<br>50<br>4210 | HERITAGE BANK<br>195 West Joe Orr Rd.<br>Chicago Heights, IL  60411 | Secured | <br><br>Value of secured claim against estate determined to be $0.00 per order 1/24/14 | $0.00 | $993,240.11 | $0.00 |
| 11<br>50<br>4210 | HERITAGE BANK<br>195 West Joe Orr Rd.<br>Chicago Heights, IL  60411 | Secured | <br><br>Value of secured claim against estate determined to be $0.00 per order 1/24/14 | $0.00 | $48,175.14 | $0.00 |
| 42<br>50<br>4210 | NEPTUNE CONSTRUCTION<br>CO. INC<br>1635 N Lancaster Dr<br>South Elgin, IL  60177 | Secured | <br><br>Value of secured claim against estate determined to be $0.00 per order 1/24/14 | $0.00 | $166,736.50 | $0.00 |
| 47<br>50<br>4210 | P. WALKER BROS. INC.<br>c/o Thomas Herz<br>39 S LaSalle, #720<br>Chicago, IL  60603-1645 | Secured | <br><br>Value of secured claim against estate determined to be $0.00 per order 1/24/14 | $0.00 | $119,680.00 | $0.00 |
| 48<br>50<br>4210 | ARC INSULATION INC<br>Appel & Kelly, Ltd<br>18607 Torrence Ave., Ste 2A<br>Lansing, IL  60438 | Secured | <br><br>Value of secured claim against estate determined to be $0.00 per order 1/24/14 | $0.00 | $51,198.29 | $0.00 |
| 6<br>50<br>4220 | VIERBICHER ASSOCIATES<br>INC.<br>c/o Lester A. Ottenheimer III<br>750 Lake Cook Road, Suite 140<br>Buffalo Grove, IL  60089 | Secured | Default Judgment-citation to discover assets filed 4/5/06<br>(6-1) Services performed(6-2) Services performed | $0.00 | $59,504.09 | $59,504.09 |
| 23<br>52<br>5200 | PITNEY BOWES INC<br>27 Waterview Drive<br>Shelton, CT  06484 | Priority | | $0.00 | $191.59 | $191.59 |
| 1<br>70<br>7100 | WELLS FARGO FINANCIAL<br>LEASING INC.<br>800 Walnut Street<br>MAC F4031-050<br>Des Moines, IA  50309 | Unsecured | (1-1) Agreement #001-0003779-001 | $0.00 | $8,324.78 | $8,324.78 |
| 2<br>70<br>7100 | AVAYA INC.<br>c/o RMS Bankruptcy Recovery<br>Services<br>P O Box 5126<br>Timonium, Maryland  21094 | Unsecured | | $0.00 | $622.50 | $622.50 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 19)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:07-08190-DRC                                                                  Date: January 7, 2016

Debtor Name: BURNSIDE CONSTRUCTION COMPANY

Claims Bar Date: 9/24/2007

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 70 7100 | COM ED 2100 Swift Drive Attn: Bankruptcy Section/Revenue Managem Oakbrook, IL 60523 | Unsecured | | $0.00 | $10,433.52 | $10,433.52 |
| 4 70 7100 | CBS OUTDOOR INC a Delaware corp 1850 North Central Ave 19th Floor Phoenix, Arizona 85004 | Unsecured | | $0.00 | $8,306.40 | $8,306.40 |
| 8 70 7100 | ORANGE CRUSH LLC c/o Garelli & Grogan 340 W. Butterfield Rd, 2A Elmhurst, IL 60126 | Unsecured | (8-1) Modified on 7/6/2007 to correct address(PG) | $0.00 | $280,443.51 | $280,443.51 |
| 9 70 7100 | WASTE MANAGEMENT- RMC 2421 W Peoria Ave Suite 110 Phoenix, AZ 85029 | Unsecured | | $0.00 | $10,205.12 | $10,205.12 |
| 12 70 7100 | TEMPCO HEATING AND AIR 3050 N. Kennicot Arlington Heights, IL 60004-1959 | Unsecured | | $0.00 | $28,020.25 | $28,020.25 |
| 13 70 7100 | PICKREL SCHAEFFER & EBELING 2700 Kettering Tower Dayton, OH 45423 | Unsecured | | $0.00 | $2,795.22 | $2,795.22 |
| 14 70 7100 | SERVICE SANITATION 135 Blaine Street Gary, IN 46404 | Unsecured | | $0.00 | $2,456.53 | $2,456.53 |
| 15 70 7100 | BIRRENKOTT SURVEYING INC. P.O. Box 237 Sun Prairie, WI 53590 | Unsecured | | $0.00 | $8,066.00 | $8,066.00 |
| 16 70 7100 | DEVELOPERS SURETY AND INDEMNITY CO. Att: Recovery Dept. P O Box 19725 Irvine, CA 92623 | Unsecured | Disallowed per order 12/11/15 [dkt 103] | $0.00 | $6,497,415.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 20)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:07-08190-DRC                                                                    Date: January 7, 2016
Debtor Name: BURNSIDE CONSTRUCTION COMPANY
Claims Bar Date: 9/24/2007

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 17 70 7100 | THE LANNERT GROUP INC. John R. O'Donnell Riordan Donnelly Lipinski & McKee, Ltd 10 N Dearborn St. 4th Flr Chicago, IL 60602 | Unsecured | (17-1) Modified to correct creditors address, filer notified (MJ) | $0.00 | $339,222.28 | $339,222.28 |
| 18 70 7100 | COUNTRY GAS COMPANY 4010 US Highway 14 Crystal Lake, IL 60014 | Unsecured | | $0.00 | $1,405.80 | $1,405.80 |
| 19 70 7100 | SPECIALTY CONSULTANTS INC. 320 Fort Duquesne Blvd. Gateway Towers, Suite 2710 Pittsburgh, PA 15222 | Unsecured | | $0.00 | $26,000.00 | $26,000.00 |
| 20 70 7100 | PAC VAN LEASING & SALES c/o RUBIN & LEVIN, P.C. 500 Marott Center 342 Massachusetts Ave. Indianapolis, IN 46204-2161 | Unsecured | | $0.00 | $14,185.99 | $14,185.99 |
| 21 70 7100 | CITY OF SUN PRAIRIE 300 E. Main Sun Prairie, WI 53590 | Unsecured | | $0.00 | $17,824.75 | $17,824.75 |
| 22 70 7100 | STANLEY CONSULTANTS Attn: Legal Dept 225 Iowa Ave Muscatine, IA 52761 | Unsecured | | $0.00 | $19,894.64 | $19,894.64 |
| 24 70 7100 | PITNEY BOWES INC 27 Waterview Drive Shelton, CT 06484 | Unsecured | | $0.00 | $20,998.19 | $20,998.19 |
| 25 70 7100 | FLAMEMASTER/MAJESTIC DISTRIBUTING 1255 Bowes Rd. Elgin, IL 60123-5542 | Unsecured | | $0.00 | $4,010.00 | $4,010.00 |
| 26 70 7100 | MCMAHAN & SIGUNICK 412 S Wells, 6th FL Chicago, IL 60607 | Unsecured | (26-1) Modified on 07/27/2007 to correct creditor address filer notified (MJ) | $0.00 | $6,156.80 | $6,156.80 |

Printed: January 7, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 21)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:07-08190-DRC                                                                    Date: January 7, 2016

Debtor Name: BURNSIDE CONSTRUCTION COMPANY

Claims Bar Date: 9/24/2007

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 27 70 7100 | CIT COMMUNICATIONS FINANCE CORPORAT 1 CIT Drive, Suite 4104A Livingston, NJ 07039 | Unsecured | | $0.00 | $5,110.64 | $5,110.64 |
| 28 70 7100 | MIDWEST TECHNICAL CONSULTANTS INC. 1832 Center Point Drive, Suite 106 Naperville, IL 60563 | Unsecured | | $0.00 | $13,701.17 | $13,701.17 |
| 29 70 7100 | COVERALL NORTH AMERICANINC 5201 Congress Avenue Suite 275 Boca Raton, FL 33487 | Unsecured | | $0.00 | $383.25 | $383.25 |
| 30 70 7100 | BA-W LLC c/o Joel A. Stein Deutsch, Levy & Engel, Chtd. 225 W. Washington St., #1700 Chicago, IL 60606 | Unsecured | (30-1) Guaranty of Note of Traditions of Fitchie Creek LLC | $0.00 | $6,108,394.84 | $6,108,394.84 |
| 31 70 7100 | ENTERPRISE SIGNS 12326 S. Keeler Ave. Alsip, IL 60803-1813 | Unsecured | | $0.00 | $9,454.00 | $9,454.00 |
| 32 70 7100 | VIRCHOW KRAUSE & COMPANY LLP Attorney Roger Sage 30 W. Miffin Street, Suite 1001 Madison, WI 53703 | Unsecured | | $0.00 | $7,500.00 | $7,500.00 |
| 33 70 7100 | SAVKO & SONS INC 4636 Shuster Road Columbus, Ohio 43214 | Unsecured | | $0.00 | $44,431.00 | $44,431.00 |
| 34 70 7100 | BOND SAFEGUARD INSURANCE CO. c/o Harris Beach PLLC, Bruce L. Maas, Esq 99 Garnsey Road Pittsford, NY 14534 | Unsecured | Allowed in amount of $245,000 per order [dkt 102] (34-1) Amount stated as Contingent | $0.00 | $0.00 | $245,000.00 |
| 35 70 7100 | WASTE MANAGEMENT- RMC 2421 W Peoria Ave Suite 110 Phoenix, AZ 85029 | Unsecured | | $0.00 | $2,320.10 | $2,320.10 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:07-08190-DRC                                                                    Date: January 7, 2016

Debtor Name: BURNSIDE CONSTRUCTION COMPANY

Claims Bar Date: 9/24/2007

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 36 70 7100 | BOND SAFEGUARD INSURANCE CO. c/o Harris Beach PLLC, Bruce L. Maas, Esq 99 Garnsey Road Pittsford, NY 14534 | Unsecured | | $0.00 | $98,000.00 | $98,000.00 |
| 37 70 7100 | KRUSS LIEBERMAN & STONE PO Box 17449 Raleigh, NC 27619 | Unsecured | | $0.00 | $12,159.88 | $12,159.88 |
| 38 70 7100 | COASTAL RECOVERY BOB ROTHENBERG 180 S. Broadway White Plains, NY 10605 | Unsecured | | $0.00 | $86,941.56 | $86,941.56 |
| 39 70 7100 | ELMUND & NELSON CO. c/o Gary M. Vanek Schnell, Bazos, et al. 1250 Larkin Avenue, Suite 100 Elgin, Illinois 60123 | Unsecured | | $0.00 | $54,123.00 | $54,123.00 |
| 40 70 7100 | SCHAEFFER AMOS & HUGHES LLC 1253-G Lyons Road Dayton, OH 45458 | Unsecured | | $0.00 | $106,748.44 | $106,748.44 |
| 41 70 7100 | SYSCO FOOD SERVICES c/o McMahan & Sigunick, Ltd. 412 S. Wells, 6th Fl. Chicago, IL 60607 | Unsecured | | $0.00 | $11,158.20 | $11,158.20 |
| 43 70 7100 | GODFREY & KAHN 780 N Water STreet Milwaukee, WI 53202 | Unsecured | Claim withdrawn 11/7/07 | $0.00 | $0.00 | $0.00 |
| 44 70 7100 | W. CLEMENTS TECHNOLOGIES 3023 N. Clark Street, Suite 160 Chicago, IL 60657 | Unsecured | | $0.00 | $34,709.43 | $34,709.43 |
| 45 70 7100 | NESLUND & ASSOCIATES 115 S. River Street North Aurora, IL 60542 | Unsecured | | $0.00 | $133,716.65 | $133,716.65 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:07-08190-DRC                                                                                    Date: January 7, 2016

Debtor Name: BURNSIDE CONSTRUCTION COMPANY

Claims Bar Date: 9/24/2007

| Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 46<br>70<br>7100 | GENERAL ELECTRIC CAPITAL CORPORATIO<br>c/o Coston & Rademacher<br>105 W. Adams, Suite 1400<br>Chicago, IL  60603 | Unsecured | | $0.00 | $104,400.41 | $104,400.41 |
| 49<br>70<br>7100 | LATHROP & CLARK LLP<br>740 Regent Street, Suite 440<br>P.O. Box 1507<br>Madison, WI  53701 | Unsecured | | $0.00 | $15,750.00 | $15,750.00 |
| 50<br>70<br>7100 | HAWTHORN LANDSCAPING<br>2417 Steeplechase Ct.<br>Spring Grove, IL  60081-8067 | Unsecured | | $0.00 | $443,595.10 | $443,595.10 |
| 51<br>70<br>7100 | EVANS MECHWART<br>HAMBLETON & TILTON<br>C/O DNA & Pariser, Co. L.P.A.<br>800 E Broad Street<br>Columbus, OH  43235 | Unsecured | | $0.00 | $125,973.74 | $125,973.74 |
| 52<br>70<br>7100 | PACIFIC EMPLOYERS<br>INSURANCE COMPANY<br>c/o Jernnifer L. Hoagland, Esquire<br>Bazelon Less & Feldman, P.C<br>1515 Market Street Ste 700<br>Phila, PA  19102 | Unsecured | | $0.00 | $18,372.00 | $18,372.00 |
| 53<br>70<br>7100 | WESTCHESTER FIRE<br>INSURANCE COMPANY<br>c/o Jennifer L. Hoagland, Esquire<br>Bazelon Less & Feldman, P.C.<br>1515 Marker Street Suite 700<br>Phila, PA  19102 | Unsecured | | $0.00 | $2,886,411.84 | $2,886,411.84 |
| 54<br>70<br>7100 | FREDERICK STRATMANN<br>6944 New Albany Condit Road<br>New Albany, OH  43054 | Unsecured | | $0.00 | $23,300.00 | $23,300.00 |
| 55<br>70<br>7100 | EVA'S MODEL AND FINAL<br>CLEANING SER<br>8211 Balsam Ct.<br>Fox Lake, IL  60020-1047 | Unsecured | | $0.00 | $6,570.00 | $6,570.00 |
| | Case Totals | | | $0.00 | $19,374,467.09 | $11,498,754.22 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-08190
Case Name: BURNSIDE CONSTRUCTION COMPANY
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand                           $        216,194.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | HERITAGE BANK | $    993,240.11 | $    0.00 | $    0.00 | $    0.00 |
| 11 | HERITAGE BANK | $     48,175.14 | $    0.00 | $    0.00 | $    0.00 |
| 42 | NEPTUNE CONSTRUCTION CO. INC | $    166,736.50 | $    0.00 | $    0.00 | $    0.00 |
| 47 | P. WALKER BROS. INC. | $    119,680.00 | $    0.00 | $    0.00 | $    0.00 |
| 48 | ARC INSULATION INC | $     51,198.29 | $    0.00 | $    0.00 | $    0.00 |
| 5 | GENERAL ELECTRIC CAPITAL CORPORATIO | $    104,605.66 | $    0.00 | $    0.00 | $    0.00 |
| 6 | VIERBICHER ASSOCIATES INC. | $     59,504.09 | $   59,504.09 | $    0.00 | $   59,504.09 |
| 7 | RITE-WAY TILE AND CARPET COMPANY I | $    139,662.17 | $    0.00 | $    0.00 | $    0.00 |

Total to be paid to secured creditors          $          59,504.09

Remaining Balance                               $         156,690.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS | $ 15,091.62 | $ 0.00 | $ 15,091.62 |
| Trustee Expenses: BRENDA PORTER HELMS | $ 31.50 | $ 0.00 | $ 31.50 |
| Attorney for Trustee Fees: Cohen & Krol | $ 9,355.25 | $ 0.00 | $ 9,355.25 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P. C. | $ 6,017.80 | $ 0.00 | $ 6,017.80 |
| Other: ALAN D. LASKO & ASSOCAITES P.C. | $ 39.62 | $ 0.00 | $ 39.62 |
| Other: Cohen & Krol | $ 248.40 | $ 0.00 | $ 248.40 |
| Other: INTERNATIONAL SURETIES | $ 676.82 | $ 676.82 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $          30,784.19

Remaining Balance          $          125,906.15

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 191.59  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 23 | PITNEY BOWES INC | $ 191.59 | $ 0.00 | $ 191.59 |

Total to be paid to priority creditors          $          191.59

Remaining Balance          $          125,714.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,407,597.53  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  1.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WELLS FARGO FINANCIAL LEASING INC. | $      8,324.78 | $      0.00 | $      91.74 |
| 2 | AVAYA INC. | $      622.50 | $      0.00 | $      6.86 |
| 3 | COM ED | $      10,433.52 | $      0.00 | $      114.98 |
| 4 | CBS OUTDOOR INC | $      8,306.40 | $      0.00 | $      91.54 |
| 8 | ORANGE CRUSH LLC | $      280,443.51 | $      0.00 | $      3,090.56 |
| 9 | WASTE MANAGEMENT- RMC | $      10,205.12 | $      0.00 | $      112.46 |
| 12 | TEMPCO HEATING AND AIR | $      28,020.25 | $      0.00 | $      308.79 |
| 13 | PICKREL SCHAEFFER & EBELING | $      2,795.22 | $      0.00 | $      30.80 |
| 14 | SERVICE SANITATION | $      2,456.53 | $      0.00 | $      27.07 |
| 15 | BIRRENKOTT SURVEYING INC. | $      8,066.00 | $      0.00 | $      88.89 |
| 16 | DEVELOPERS SURETY AND INDEMNITY CO. | $      0.00 | $      0.00 | $      0.00 |
| 17 | THE LANNERT GROUP INC. | $      339,222.28 | $      0.00 | $      3,738.31 |
| 18 | COUNTRY GAS COMPANY | $      1,405.80 | $      0.00 | $      15.49 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | SPECIALTY CONSULTANTS INC. | $ 26,000.00 | $ 0.00 | $ 286.53 |
| 20 | PAC VAN LEASING & SALES | $ 14,185.99 | $ 0.00 | $ 156.33 |
| 21 | CITY OF SUN PRAIRIE | $ 17,824.75 | $ 0.00 | $ 196.43 |
| 22 | STANLEY CONSULTANTS | $ 19,894.64 | $ 0.00 | $ 219.24 |
| 24 | PITNEY BOWES INC | $ 20,998.19 | $ 0.00 | $ 231.41 |
| 25 | FLAMEMASTER/MAJESTIC DISTRIBUTING | $ 4,010.00 | $ 0.00 | $ 44.19 |
| 26 | MCMAHAN & SIGUNICK | $ 6,156.80 | $ 0.00 | $ 67.85 |
| 27 | CIT COMMUNICATIONS FINANCE CORPORAT | $ 5,110.64 | $ 0.00 | $ 56.32 |
| 28 | MIDWEST TECHNICAL CONSULTANTS INC. | $ 13,701.17 | $ 0.00 | $ 150.99 |
| 29 | COVERALL NORTH AMERICANINC | $ 383.25 | $ 0.00 | $ 4.22 |
| 30 | BA-W LLC | $ 6,108,394.84 | $ 0.00 | $ 67,316.03 |
| 31 | ENTERPRISE SIGNS | $ 9,454.00 | $ 0.00 | $ 104.19 |
| 32 | VIRCHOW KRAUSE & COMPANY LLP | $ 7,500.00 | $ 0.00 | $ 82.65 |
| 33 | SAVKO & SONS INC | $ 44,431.00 | $ 0.00 | $ 489.64 |
| 34 | BOND SAFEGUARD INSURANCE CO. | $ 245,000.00 | $ 0.00 | $ 2,699.96 |
| 35 | WASTE MANAGEMENT- RMC | $ 2,320.10 | $ 0.00 | $ 25.57 |
| 36 | BOND SAFEGUARD INSURANCE CO. | $ 98,000.00 | $ 0.00 | $ 1,079.98 |
| 37 | KRUSS LIEBERMAN & STONE | $ 12,159.88 | $ 0.00 | $ 134.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 38 | COASTAL RECOVERY BOB ROTHENBERG | $ 86,941.56 | $ 0.00 | $ 958.12 |
| 39 | ELMUND & NELSON CO. | $ 54,123.00 | $ 0.00 | $ 596.45 |
| 40 | SCHAEFFER AMOS & HUGHES LLC | $ 106,748.44 | $ 0.00 | $ 1,176.39 |
| 41 | SYSCO FOOD SERVICES | $ 11,158.20 | $ 0.00 | $ 122.97 |
| 43 | GODFREY & KAHN | $ 0.00 | $ 0.00 | $ 0.00 |
| 44 | W. CLEMENTS TECHNOLOGIES | $ 34,709.43 | $ 0.00 | $ 382.51 |
| 45 | NESLUND & ASSOCIATES | $ 133,716.65 | $ 0.00 | $ 1,473.59 |
| 46 | GENERAL ELECTRIC CAPITAL CORPORATIO | $ 104,400.41 | $ 0.00 | $ 1,150.52 |
| 49 | LATHROP & CLARK LLP | $ 15,750.00 | $ 0.00 | $ 173.57 |
| 50 | HAWTHORN LANDSCAPING | $ 443,595.10 | $ 0.00 | $ 4,888.53 |
| 51 | EVANS MECHWART HAMBLETON & TILTON | $ 125,973.74 | $ 0.00 | $ 1,388.26 |
| 52 | PACIFIC EMPLOYERS INSURANCE COMPANY | $ 18,372.00 | $ 0.00 | $ 202.46 |
| 53 | WESTCHESTER FIRE INSURANCE COMPANY | $ 2,886,411.84 | $ 0.00 | $ 31,808.98 |
| 54 | FREDERICK STRATMANN | $ 23,300.00 | $ 0.00 | $ 256.78 |
| 55 | EVA'S MODEL AND FINAL CLEANING SER | $ 6,570.00 | $ 0.00 | $ 72.41 |

Total to be paid to timely general unsecured creditors     $ 125,714.56

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE