UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BURNSIDE CONSTRUCTION COMPANY | § § | Case No. 07-08190 |
| | § | |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/15/2016 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/14/2016                By: /s/ Brenda Porter Helms
                                              Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| BURNSIDE CONSTRUCTION COMPANY | § § § | Case No. 07-08190 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 236,832.39 |
| and approved disbursements of | $ | 20,637.96 |
| leaving a balance on hand of[1] | $ | 216,194.43 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | HERITAGE BANK | $ 993,240.11 | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | HERITAGE BANK | $ 48,175.14 | $ 0.00 | $ 0.00 | $ 0.00 |
| 42 | NEPTUNE CONSTRUCTION CO. INC | $ 166,736.50 | $ 0.00 | $ 0.00 | $ 0.00 |
| 47 | P. WALKER BROS. INC. | $ 119,680.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 48 | ARC INSULATION INC | $ 51,198.29 | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | GENERAL ELECTRIC CAPITAL CORPORATIO | $ 104,605.66 | $ 0.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | VIERBICHER ASSOCIATES INC. | $ 59,504.09 | $ 59,504.09 | $ 0.00 | $ 59,504.09 |
| 7 | RITE-WAY TILE AND CARPET COMPANY I | $ 139,662.17 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 59,504.09

Remaining Balance $ 156,690.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS | $ 15,091.62 | $ 0.00 | $ 15,091.62 |
| Trustee Expenses: BRENDA PORTER HELMS | $ 31.50 | $ 0.00 | $ 31.50 |
| Attorney for Trustee Fees: Cohen & Krol | $ 9,355.25 | $ 0.00 | $ 9,355.25 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P. C. | $ 6,017.80 | $ 0.00 | $ 6,017.80 |
| Other: ALAN D. LASKO & ASSOCAITES P.C. | $ 39.62 | $ 0.00 | $ 39.62 |
| Other: Cohen & Krol | $ 248.40 | $ 0.00 | $ 248.40 |
| Other: INTERNATIONAL SURETIES | $ 676.82 | $ 676.82 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 30,784.19

Remaining Balance $ 125,906.15

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 191.59 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 23 | PITNEY BOWES INC | $ 191.59 | $ 0.00 | $ 191.59 |
| | Total to be paid to priority creditors | | | $ 191.59 |
| | Remaining Balance | | | $ 125,714.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,407,597.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WELLS FARGO FINANCIAL LEASING INC. | $ 8,324.78 | $ 0.00 | $ 91.74 |
| 2 | AVAYA INC. | $ 622.50 | $ 0.00 | $ 6.86 |
| 3 | COM ED | $ 10,433.52 | $ 0.00 | $ 114.98 |
| 4 | CBS OUTDOOR INC | $ 8,306.40 | $ 0.00 | $ 91.54 |
| 8 | ORANGE CRUSH LLC | $ 280,443.51 | $ 0.00 | $ 3,090.56 |
| 9 | WASTE MANAGEMENT- RMC | $ 10,205.12 | $ 0.00 | $ 112.46 |
| 12 | TEMPCO HEATING AND AIR | $ 28,020.25 | $ 0.00 | $ 308.79 |
| 13 | PICKREL SCHAEFFER & EBELING | $ 2,795.22 | $ 0.00 | $ 30.80 |
| 14 | SERVICE SANITATION | $ 2,456.53 | $ 0.00 | $ 27.07 |
| 15 | BIRRENKOTT SURVEYING INC. | $ 8,066.00 | $ 0.00 | $ 88.89 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 16 | DEVELOPERS SURETY AND INDEMNITY CO. | $ 0.00 | $ 0.00 | $ 0.00 |
| 17 | THE LANNERT GROUP INC. | $ 339,222.28 | $ 0.00 | $ 3,738.31 |
| 18 | COUNTRY GAS COMPANY | $ 1,405.80 | $ 0.00 | $ 15.49 |
| 19 | SPECIALTY CONSULTANTS INC. | $ 26,000.00 | $ 0.00 | $ 286.53 |
| 20 | PAC VAN LEASING & SALES | $ 14,185.99 | $ 0.00 | $ 156.33 |
| 21 | CITY OF SUN PRAIRIE | $ 17,824.75 | $ 0.00 | $ 196.43 |
| 22 | STANLEY CONSULTANTS | $ 19,894.64 | $ 0.00 | $ 219.24 |
| 24 | PITNEY BOWES INC | $ 20,998.19 | $ 0.00 | $ 231.41 |
| 25 | FLAMEMASTER/MAJESTIC DISTRIBUTING | $ 4,010.00 | $ 0.00 | $ 44.19 |
| 26 | MCMAHAN & SIGUNICK | $ 6,156.80 | $ 0.00 | $ 67.85 |
| 27 | CIT COMMUNICATIONS FINANCE CORPORAT | $ 5,110.64 | $ 0.00 | $ 56.32 |
| 28 | MIDWEST TECHNICAL CONSULTANTS INC. | $ 13,701.17 | $ 0.00 | $ 150.99 |
| 29 | COVERALL NORTH AMERICANINC | $ 383.25 | $ 0.00 | $ 4.22 |
| 30 | BA-W LLC | $ 6,108,394.84 | $ 0.00 | $ 67,316.03 |
| 31 | ENTERPRISE SIGNS | $ 9,454.00 | $ 0.00 | $ 104.19 |
| 32 | VIRCHOW KRAUSE & COMPANY LLP | $ 7,500.00 | $ 0.00 | $ 82.65 |
| 33 | SAVKO & SONS INC | $ 44,431.00 | $ 0.00 | $ 489.64 |
| 34 | BOND SAFEGUARD INSURANCE CO. | $ 245,000.00 | $ 0.00 | $ 2,699.96 |
| 35 | WASTE MANAGEMENT- RMC | $ 2,320.10 | $ 0.00 | $ 25.57 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 36 | BOND SAFEGUARD INSURANCE CO. | $ 98,000.00 | $ 0.00 | $ 1,079.98 |
| 37 | KRUSS LIEBERMAN & STONE | $ 12,159.88 | $ 0.00 | $ 134.00 |
| 38 | COASTAL RECOVERY BOB ROTHENBERG | $ 86,941.56 | $ 0.00 | $ 958.12 |
| 39 | ELMUND & NELSON CO. | $ 54,123.00 | $ 0.00 | $ 596.45 |
| 40 | SCHAEFFER AMOS & HUGHES LLC | $ 106,748.44 | $ 0.00 | $ 1,176.39 |
| 41 | SYSCO FOOD SERVICES | $ 11,158.20 | $ 0.00 | $ 122.97 |
| 43 | GODFREY & KAHN | $ 0.00 | $ 0.00 | $ 0.00 |
| 44 | W. CLEMENTS TECHNOLOGIES | $ 34,709.43 | $ 0.00 | $ 382.51 |
| 45 | NESLUND & ASSOCIATES | $ 133,716.65 | $ 0.00 | $ 1,473.59 |
| 46 | GENERAL ELECTRIC CAPITAL CORPORATIO | $ 104,400.41 | $ 0.00 | $ 1,150.52 |
| 49 | LATHROP & CLARK LLP | $ 15,750.00 | $ 0.00 | $ 173.57 |
| 50 | HAWTHORN LANDSCAPING | $ 443,595.10 | $ 0.00 | $ 4,888.53 |
| 51 | EVANS MECHWART HAMBLETON & TILTON | $ 125,973.74 | $ 0.00 | $ 1,388.26 |
| 52 | PACIFIC EMPLOYERS INSURANCE COMPANY | $ 18,372.00 | $ 0.00 | $ 202.46 |
| 53 | WESTCHESTER FIRE INSURANCE COMPANY | $ 2,886,411.84 | $ 0.00 | $ 31,808.98 |
| 54 | FREDERICK STRATMANN | $ 23,300.00 | $ 0.00 | $ 256.78 |
| 55 | EVA'S MODEL AND FINAL CLEANING SER | $ 6,570.00 | $ 0.00 | $ 72.41 |

    Total to be paid to timely general unsecured creditors      $      125,714.56

    Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Brenda Porter Helms
                        Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.