# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BURNSIDE CONSTRUCTION COMPANY | § | Case No. 07-08190 |
| | § | |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    219 S. Dearborn Street
                    Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/15/2016 in Courtroom 240,
                    Kane County Courthouse
                    100 S. Third Street
                    Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/14/2016                    By: /s/ Brenda Porter Helms
                                                                                      Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BURNSIDE CONSTRUCTION § Case No. 07-08190
COMPANY §
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 236,832.39 |
| and approved disbursements of | $ | 20,637.96 |
| leaving a balance on hand of[1] | $ | 216,194.43 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | HERITAGE BANK | $ 993,240.11 | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | HERITAGE BANK | $ 48,175.14 | $ 0.00 | $ 0.00 | $ 0.00 |
| 42 | NEPTUNE CONSTRUCTION CO. INC | $ 166,736.50 | $ 0.00 | $ 0.00 | $ 0.00 |
| 47 | P. WALKER BROS. INC. | $ 119,680.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 48 | ARC INSULATION INC | $ 51,198.29 | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | GENERAL ELECTRIC CAPITAL CORPORATIO | $ 104,605.66 | $ 0.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | VIERBICHER ASSOCIATES INC. | $ 59,504.09 | $ 59,504.09 | $ 0.00 | $ 59,504.09 |
| 7 | RITE-WAY TILE AND CARPET COMPANY I | $ 139,662.17 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 59,504.09 |
| Remaining Balance | $ 156,690.34 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS | $ 15,091.62 | $ 0.00 | $ 15,091.62 |
| Trustee Expenses: BRENDA PORTER HELMS | $ 31.50 | $ 0.00 | $ 31.50 |
| Attorney for Trustee Fees: Cohen & Krol | $ 9,355.25 | $ 0.00 | $ 9,355.25 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P. C. | $ 6,017.80 | $ 0.00 | $ 6,017.80 |
| Other: ALAN D. LASKO & ASSOCAITES P.C. | $ 39.62 | $ 0.00 | $ 39.62 |
| Other: Cohen & Krol | $ 248.40 | $ 0.00 | $ 248.40 |
| Other: INTERNATIONAL SURETIES | $ 676.82 | $ 676.82 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 30,784.19 |
| Remaining Balance | $ 125,906.15 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 191.59  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 23 | PITNEY BOWES INC | $ 191.59 | $ 0.00 | $ 191.59 |

Total to be paid to priority creditors    $             191.59

Remaining Balance    $         125,714.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,407,597.53  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  1.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WELLS FARGO FINANCIAL LEASING INC. | $ 8,324.78 | $ 0.00 | $ 91.74 |
| 2 | AVAYA INC. | $ 622.50 | $ 0.00 | $ 6.86 |
| 3 | COM ED | $ 10,433.52 | $ 0.00 | $ 114.98 |
| 4 | CBS OUTDOOR INC | $ 8,306.40 | $ 0.00 | $ 91.54 |
| 8 | ORANGE CRUSH LLC | $ 280,443.51 | $ 0.00 | $ 3,090.56 |
| 9 | WASTE MANAGEMENT- RMC | $ 10,205.12 | $ 0.00 | $ 112.46 |
| 12 | TEMPCO HEATING AND AIR | $ 28,020.25 | $ 0.00 | $ 308.79 |
| 13 | PICKREL SCHAEFFER & EBELING | $ 2,795.22 | $ 0.00 | $ 30.80 |
| 14 | SERVICE SANITATION | $ 2,456.53 | $ 0.00 | $ 27.07 |
| 15 | BIRRENKOTT SURVEYING INC. | $ 8,066.00 | $ 0.00 | $ 88.89 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | DEVELOPERS SURETY AND INDEMNITY CO. | $ 0.00 | $ 0.00 | $ 0.00 |
| 17 | THE LANNERT GROUP INC. | $ 339,222.28 | $ 0.00 | $ 3,738.31 |
| 18 | COUNTRY GAS COMPANY | $ 1,405.80 | $ 0.00 | $ 15.49 |
| 19 | SPECIALTY CONSULTANTS INC. | $ 26,000.00 | $ 0.00 | $ 286.53 |
| 20 | PAC VAN LEASING & SALES | $ 14,185.99 | $ 0.00 | $ 156.33 |
| 21 | CITY OF SUN PRAIRIE | $ 17,824.75 | $ 0.00 | $ 196.43 |
| 22 | STANLEY CONSULTANTS | $ 19,894.64 | $ 0.00 | $ 219.24 |
| 24 | PITNEY BOWES INC | $ 20,998.19 | $ 0.00 | $ 231.41 |
| 25 | FLAMEMASTER/MAJESTIC DISTRIBUTING | $ 4,010.00 | $ 0.00 | $ 44.19 |
| 26 | MCMAHAN & SIGUNICK | $ 6,156.80 | $ 0.00 | $ 67.85 |
| 27 | CIT COMMUNICATIONS FINANCE CORPORAT | $ 5,110.64 | $ 0.00 | $ 56.32 |
| 28 | MIDWEST TECHNICAL CONSULTANTS INC. | $ 13,701.17 | $ 0.00 | $ 150.99 |
| 29 | COVERALL NORTH AMERICANINC | $ 383.25 | $ 0.00 | $ 4.22 |
| 30 | BA-W LLC | $ 6,108,394.84 | $ 0.00 | $ 67,316.03 |
| 31 | ENTERPRISE SIGNS | $ 9,454.00 | $ 0.00 | $ 104.19 |
| 32 | VIRCHOW KRAUSE & COMPANY LLP | $ 7,500.00 | $ 0.00 | $ 82.65 |
| 33 | SAVKO & SONS INC | $ 44,431.00 | $ 0.00 | $ 489.64 |
| 34 | BOND SAFEGUARD INSURANCE CO. | $ 245,000.00 | $ 0.00 | $ 2,699.96 |
| 35 | WASTE MANAGEMENT- RMC | $ 2,320.10 | $ 0.00 | $ 25.57 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 36 | BOND SAFEGUARD INSURANCE CO. | $ 98,000.00 | $ 0.00 | $ 1,079.98 |
| 37 | KRUSS LIEBERMAN & STONE | $ 12,159.88 | $ 0.00 | $ 134.00 |
| 38 | COASTAL RECOVERY BOB ROTHENBERG | $ 86,941.56 | $ 0.00 | $ 958.12 |
| 39 | ELMUND & NELSON CO. | $ 54,123.00 | $ 0.00 | $ 596.45 |
| 40 | SCHAEFFER AMOS & HUGHES LLC | $ 106,748.44 | $ 0.00 | $ 1,176.39 |
| 41 | SYSCO FOOD SERVICES | $ 11,158.20 | $ 0.00 | $ 122.97 |
| 43 | GODFREY & KAHN | $ 0.00 | $ 0.00 | $ 0.00 |
| 44 | W. CLEMENTS TECHNOLOGIES | $ 34,709.43 | $ 0.00 | $ 382.51 |
| 45 | NESLUND & ASSOCIATES | $ 133,716.65 | $ 0.00 | $ 1,473.59 |
| 46 | GENERAL ELECTRIC CAPITAL CORPORATIO | $ 104,400.41 | $ 0.00 | $ 1,150.52 |
| 49 | LATHROP & CLARK LLP | $ 15,750.00 | $ 0.00 | $ 173.57 |
| 50 | HAWTHORN LANDSCAPING | $ 443,595.10 | $ 0.00 | $ 4,888.53 |
| 51 | EVANS MECHWART HAMBLETON & TILTON | $ 125,973.74 | $ 0.00 | $ 1,388.26 |
| 52 | PACIFIC EMPLOYERS INSURANCE COMPANY | $ 18,372.00 | $ 0.00 | $ 202.46 |
| 53 | WESTCHESTER FIRE INSURANCE COMPANY | $ 2,886,411.84 | $ 0.00 | $ 31,808.98 |
| 54 | FREDERICK STRATMANN | $ 23,300.00 | $ 0.00 | $ 256.78 |
| 55 | EVA'S MODEL AND FINAL CLEANING SER | $ 6,570.00 | $ 0.00 | $ 72.41 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 125,714.56 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Brenda Porter Helms
                                                    Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 07-08190-DRC
Burnside Construction Company                                            Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nbatson              Page 1 of 5           Date Rcvd: Mar 15, 2016
                              Form ID: pdf006            Total Noticed: 210

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2016.
```
db           +Burnside Construction Company,    2400 Wisconsin Ave.,    Downers Grove, IL 60515-4019
aty          +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
11414086     +2400 Wisconsin Avenue, LLC,    2400 Wisconsin Av.,    Downers Grove, IL 60515-4019
11414087     +AAA Chem-Dry,    1531 Huntleigh Dr.,    Wheaton, IL 60189-7522
11414090     #+ACC International,    919 Estes Court,    Schaumburg, IL 60193-4427
11346698      ACE USA,    436 Walnut St.,    WA10H,    Philadelphia, PA 19106-3703
11414094     +AG Adjustments LTD.,    1600 Old Country Road, Suite 100,    P.O. Box 9109,
               Plainview, NY 11803-5013
11414105     +ARC Insulation, Inc,    Appel & Kelly, Ltd,    18607 Torrence Ave., Ste 2A,
               Lansing, IL 60438-2833
11346708      AT & T,    P.O. Box 1001309,    Louisville, KY 40290
11346709     +AT&T,    c/o West Asset Management,    5300 Oakbrook Parkway, Ste. 300,    Norcross, GA 30093-2254
11414088     +Abrams & Abrams, P.C.,    75 East Wacker Drive, Suite 320,    Chicago, IL 60601-3756
11414091     +Accurate Concrete & Excavation,    2400 Wisconsin Ave.,    Downers Grove, IL 60515-4019
11346701     +Al Koplin,    21 Spinning Wheel Road,    Hinsdale, IL 60521-7649
11346702     +All American Exterior Solutions Inc,    d/b/a All American Roofing, Inc.,    550 Telser Road,
               Lake Zurich, IL 60047-1500
11346703     +Allied Interstate,    3200 Northline Ave., Ste. 160,    Greensboro, NC 27408-7613
11346704     +Alt & Witzig Engineering, Inc.,    10178 International Boulevard,    Cincinnati, OH 45246-4846
11414099      American Craig Corporation,    PO Box 447,    Summit Argo, IL 60501-0447
11414100      American Express,    PO Box 0001,    Los Angeles, CA 90096-0091
11346705     +American Recovery Service Inc.,    P.O. Box 1025,    Thousand Oaks, CA 91358-0025
11346706     +American Recovey Service, Inc.,    P.O. Box 1025,    Thousand Oaks, CA 91358-0025
11414103      Ameriglass & Mirror,    5401 E. State Street,    Rockford, IL 61108-2337
11346707     +Amy Dean,    11835 Buffalo Creek Place,    Dallas, TX 75230-2355
11414106      Arthur Raphael,    11 E. Adams St., Suite 800,    Chicago, IL 60603-6324
11346710     +Attorney Frederick Stratmann,    6944 New Albany Condit Rd.,    New Albany, OH 43054-8557
11346711     +Attorney Michael N. Berke,    555 St. Charles Dr.,    Suite #100,    Thousand Oaks, CA 91360-3983
11346712      Avaya Financial Services,    P.O. Box 93000,    Chicago, IL 60673-3000
11346713      Avaya Financial Services, Inc.,    P.O. Box 5125,    Carol Stream, IL 60197-5125
11346714     +Avaya, Inc.,    c/o RMS Bankruptcy Recovery Services,    P O Box 5126,
               Timonium, Maryland 21094-5126
11519885     +BA-W, LLC,    c/o Joel A. Stein,    Deutsch, Levy & Engel, Chtd.,    225 W. Washington St., #1700,
               Chicago, IL 60606-3482
11346715     +Bank of America,    P.O. Box 515351,    Los Angeles, CA 90051-6651
11346716     +Birrenkott Surveying, Inc.,    P.O. Box 237,    Sun Prairie, WI 53590-0237
11346719     +Bob Rothenberg, Coastal Recovery,    180 S. Broadway,    White Plains, NY 10605-1818
11346720     +Bond Safeguard Insurance Co.,    c/o Harris Beach PLLC,,    Bruce L. Maas, Esq,    99 Garnsey Road,
               Pittsford, NY 14534-4596
11346722     +Brian Giarelli,    340 Butterfield, #2A,    Elmhurst, IL 60126-5042
11346721     +Brian Giarelli,    340 W. Butterfield, #2A,    Elmhurst, IL 60126-5042
11414125     +Briggshaw,    10052 Bode St. Suite A,    Plainfield, IL 60585-1973
11346726     +CBC Engineers & Associates,    125 Westpark Road,    Centerville, OH 45459-4814
11414130      CBS Outdoor,    185 Route 46 West,    Fairfield, NJ 07004-2321
11409632     +CBS Outdoor Inc,    a Delaware corp,    1850 North Central Ave 19th Floor,
               Phoenix, Arizona 85004-4565
11514937     +CIT Communications Finance Corporation,    1 CIT Drive, Suite 4104A,    Livingston, NJ 07039-5703
11346723      Caine & Wiener,    PO Box 8500,    Van Nuys, CA 91409-8500
11346725     +Capitol Indemnity Co.,    1600 Aspen Commons,    Middleton, WI 53562-4772
11346727     +Chicago Office Technology Group,    4 Territorial Ct.,    Suite S,    Bolingbrook, IL 60440-3558
11346729     +City of Sun Prairie,    300 E. Main,    Sun Prairie, WI 53590-2227
11414134      City of Waukegan,    100 N. Martin luther King Jr. Ave.,    Waukegan, IL 60085-4395
11346731     +Cole Taylor Bank,    9550 W. Higgins Rd., Ste. 8W,    Attn: Bradley Vinson,
               Des Plaines, IL 60018-4907
11346732     +Collection Co. of America,    PO Box 601,    Norwell, MA 02061-0601
11414139     +Com Ed,    Bill Payment Center,    P.O. Box 87522,    Chicago, IL 60688-0001
11346735     +Comcast Cable,    P.O. Box 3001,    Southeastern, PA 19398-3001
11346737     +Corey Stern,    801 Warrenville Road, Suite 620,    Lisle, IL 60532-4348
11346738     +Country Gas Company,    4010 US Highway 14,    Crystal Lake, IL 60014-8299
11346739     +Coverall North American,Inc,    5201 Congress Avenue Suite 275,    Boca Raton, FL 33487-3609
11346740     +Credit Protections Assoc.,    13355 Noel Road,    Dallas, TX 75240-6602
11346741     +D&B Advertising,    53 E. St. Charles,    Villa Park, IL 60181-2465
11346742     +Dan McGregor,    Murphy, Lomon & Assoc.,    PO Box 2206,    Des Plaines, IL 60017-2206
11346744     +Dana H. Amos Development Corp.,    d/b/a/ Kass Corporation,    7899 Columbia Rd.,
               Pataskala, OH 43062-8724
11346745     +Daniel Macahon & Assoc.,    115 E. Commercial Street,    Wood Dale, IL 60191-1556
11346748     +David Lynch,    203 N. LaSalle, #1800,    Chicago, IL 60601-1264
11346747     +David Lynch,    203 N. LaSalle, Suite 1800,    Chicago, IL 60601-1264
11346750     +David Stieper,    2300 Barrington Rd. Ste. 400,    Schaumburg, IL 60169-2036
11346752      Dirtwerks Excavating Co.,    1092 N. Carolina, Unit 5,    Wheaton, IL 60187
11346753     +Edward Hines Lumber,    1000 Corporate Grove,    Buffalo Grove, IL 60089-4550
11557472     +Elmund & Nelson Co.,    c/o Gary M. Vanek,    Schnell, Bazos, et al.,
               1250 Larkin Avenue, Suite 100,    Elgin, Illinois 60123-6078
11414160      Elmund Nelson,    1510 Sheldon Dr.,    Elgin, IL 60120-8133
```

```
District/off: 0752-1             User: nbatson              Page 2 of 5               Date Rcvd: Mar 15, 2016
                                 Form ID: pdf006            Total Noticed: 210

11414162        Eva's Model and Final Cleaning Serv,    8211 Balsam Ct.,    Fox Lake, IL 60020-1047
11346754       +Evans, Mechwart, Hambleton & Tilton Inc,    C/O DNA & Pariser, Co. L.P.A.,    800 E Broad Street,
                 Columbus, OH 43205-1015
11414164        F&M Masonry,   8957 Beacon Lane,    Orland Hills, IL 60487-5994
11414165        Flamemaster/Majestic Distributing,    1255 Bowes Rd.,    Elgin, IL 60123-5542
11346755       +Frederick Stratmann,    6944 New Albany Condit Road,    New Albany, OH 43054-8557
11346756        GE Capital,   P.O. Box 7404263,    Atlanta, GA 30374
11346757       +General Electric Capital Corp.,    1961 Hirst Dr.,    Moberly, MO 65270-3046
11424430       +General Electric Capital Corporation,    c/o Coston & Rademacher,    105 W. Adams, Suite 1400,
                 Chicago, IL 60603-6206
11346759       +George Arquilla III,    4 Andrew Ct.,    Burr Ridge, IL 60527-8128
11346762       +George Arquilla III,    4 Andrews Ct.,    Burr Ridge, IL 60527-8128
11346767       +George Arquilla Jr.,    1039 Braemoor Dr.,    Downers Grove, IL 60515-5524
11346774       +George Arquilla, III,    4 Andrew Court,    Burr Ridge, IL 60527-8128
11346775       +George Arquilla, Jr.,    1039 Braemor,    Downers Grove, IL 60515-5524
11346776       +George Rubin,    342 Massachusetts Ave., Suite 500,    Indianapolis, IN 46204-2132
11346778       +Godfrey & Kahn,    780 N Water STreet,    Milwaukee, WI 53202-3590
11346784       +HY Addison, Esquire,    1000 Corporate Grove,    Buffalo Grove, IL 60089-4550
11414192        Hawthorn Landscaping,    2417 Steeplechase Ct.,    Spring Grove, IL 60081-8067
11346781       +Heritage Bank,   195 West Joe Orr Rd.,    Chicago Heights, IL 60411-1999
11346783       +Hinshaw & Culbertson,    222 N. LaSalle, Suite 300,    Chicago, IL 60601-1081
11414199       +Home Depot,    P.O. Box 6009,   The Lakes, NV 88901-6009
11414200        House of Doors,    PO Box 147,    Brookfield, IL 60513-0147
11346785     ++++ILLINOIS FLUSH DOOR,    14325 S VAN DYKE RD,    PLAINFIELD IL 60544-3550
                 (address filed with court: Illinois Flush Door,    1411 Van Dyke,    Plainfield, IL 60544)
11414202        Illinois Env. Protection Agency,    PO Box 19276,    Springfield, IL 62794-9276
11346786       +Inland Electric Corp,    611 W. Jefferson,    Shorewood, IL 60404-3772
11346787       +J. David Ballinger,    180 N. LaSalle, Suite 3700,    Chicago, IL 60601-2809
11346798       +JP Larsen, Inc.,    P.O. Box 2597,    Oak Lawn, IL 60455-6597
11346789       +James Helfrich,    2116 Stonington Ave.,    Schaumburg, IL 60169-2017
11346791       +Jeffrey A. Albert, Esq.,    205 W. Randolph, Suite 920,    Chicago, IL 60606-1814
11346792       +Jeffrey A. Albert, Esquire,    205 W. Randolph, Ste. 920,    Chicago, IL 60606-1814
11346793       +Jeffrey Charkow,    222 W. Adams, #1800,    Chicago, IL 60606-5305
11346795       +John O'Donnell,    10 N. Dearborn,    Chicago, IL 60602-4276
11414214        John Tobin Millwork,    231 West North Ave.,    Villa Park, IL 60181-1160
11346796       +Joseph Fitzgerald,    105 E. First, # 203,    Hinsdale, IL 60521-4247
11346797        Joseph Fitzgerald,    104 E. First, #203,    Hinsdale, IL 60521
11346799       +Karen Fuller Smith,    PO Box 21283,    Columbus, OH 43221-0283
11414220        Kass Corporation,    7899 Columbia Rd.,    Pataskala, OH 43062-8724
11346801       +Kathleen Stivers,    P.O. Box 740423,    Atlanta, GA 30374-0423
11346802        Konica Minolta Business Services,    P.O. Box 7247-0322,    Philadelphia, PA 19170-0322
11346803       +Konica Minolta Business Sol.,    3020 Woodcreek Drive, Ste. E,    Downers Grove, IL 60515-5416
11346806       +Lathrop & Clark, LLP,    740 Regent Street, Suite 440,    P.O. Box 1507,    Madison, WI 53701-1507
11414228        Lathrop & Gage DC,    PO Box 8500,    Philadelphia, PA 19178-2431
11346807       +Lexon Insurance Co.,    1919 So. Highland Av.,    Building A, Suite #300,
                 Lombard, IL 60148-6153
11346808        Lisa M. Kepler,    Lowis & Gellen, LLP,    200 S. Adams, Suite 1900,    Chicago, IL 60606
11346809       +Lorusso Cement Contractors,    1092 N. Carolina, Unit 5,    West Chicago, IL 60185-5191
11346810       +Loveland & Brosius, LLC,    50 W. Broad Street, Suite 3300,    Columbus, OH 43215-5921
11346811       +Lyndon Property Insurance Co.,    14755 Outer Forty Dr.,    suite #400,
                 Chesterfield, MO 63017-6050
11414234        Mancini,   1231 Barneswood Dr.,    Downers Grove, IL 60515-1466
11414235        Manhard Consulting,    900 Woodlands Parkway,    Vernon Hills, IL 60061-3103
11346812       +Mark Miller,    221 S. High Street,    Columbus, OH 43215-4503
11346814       +McMahan & Sigunick,    216 W. Jackson, Ste. 900,    Chicago, IL 60606-6924
11346815       +McShane & Bowie, PLC,    1100 Campau Square Plaza,    99 Monroe Avenue NW,
                 Grand Rapids, MI 49503-2654
11346816       +Metro Study,    P.O. Box 2683,    Dept. #00,   Houston, TX 77252-2683
11346817       +Michael Schifrin,    750 Lake Cook, Suite 140,    Buffalo Grove, IL 60089-2071
11346819       +Midwest Technical Consultants, Inc.,    1832 Center Point Drive, Suite 106,
                 Naperville, IL 60563-4841
11346820       +Monee Industrial Park,    1039 Braemoor,    Downers Grove, IL 60515-5524
11346821        NCO Financial Systems,    407 Prudential Rd.,    Horsham, PA 19044
11346822       +Neal Singer,    211 Waukegan Road,    Suite 104,   Deerfield, IL 60093-2724
11346823       +Neptune Construction Co., INC,    1635 N Lancaster Dr,    South Elgin IL 60177-2703
11414249       +Neslund & Associates,    115 S. River Street,    North Aurora, IL 60542-1616
11414250       +Nextel,   P.O. Box 541023,    Los Angeles, CA 90054-1023
11414255       +On Project, Inc.,    3 Wing Drive, Suite 225,    Cedar Knolls, NJ 07927-1090
11414256       +Orange Crush, LLC,    c/o Garelli & Grogan,    340 W. Butterfield Rd, 2A,
                 Elmhurst, IL 60126-5042
11414257       +Owens Corning,    158 Eisenhower Lane South,    Lombard, IL 60148-5415
11414258       +P&D Consultants,    1420 Kensington Road, Suite 100,    Oak Brook, IL 60523-2144
11414259       +P. Walker Bros. Inc.,    c/o Thomas Herz,    39 S LaSalle, #720,    Chicago, IL 60603-1645
11632454       +Pacific Employers Insurance Company,    c/o Jernnifer L. Hoagland, Esquire,
                 Bazelon Less & Feldman, P.C,    1515 Market Street Ste 700,    Phila PA 19102-1907
11414261       +Pasquale Sevlaggio,    611 W. Jefferson,    Shorewood, IL 60404-3772
11414262       +Patricia Rademacher/ Andrew Muchony,    Coston and Rademacher,    105 W. Adams St. Suite # 1400,
                 Chicago, IL 60603-6206
11414263        People's Energy,    P.O. Box 0,   Chicago, IL 60690
11414264        Phoenix Pools,    1173 Tower Rd.,    Schaumburg, IL 60173-4305
```

```
District/off: 0752-1          User: nbatson              Page 3 of 5                  Date Rcvd: Mar 15, 2016
                              Form ID: pdf006            Total Noticed: 210

11414265       +Pickrel, Schaeffer & Ebeling,    2700 Kettering Tower,    Dayton, OH 45423-2700
11414269        Professional Dryway & Decorating,    7105 Owl Way,    Crystal Lake, IL 60014
11414270       +R.D. Masonry,    9511 Consair,    Frankfort, IL 60423-2559
11414272       +R.M.S.,    4836 Brecksville Road,    Richfield, OH 44286-9178
11414274       +RBC Builder Finance - Special Asset,     11011 Richmond Av.,
                 Eigth Floor - Attn: Winston Pickens,    Houston, TX 77042-6720
11414273       +Rathje & Woodward,    300 E. Roosevelt,    Wheaton, IL 60187-1908
11414275       +Residential Warranty Company, Inc.,    5300 Derry Street,    Harrisburg, PA 17111-3598
11414277       +Rite Way Tile & Carpet Co.,    1325 Rodeo Drive,    Bolingbrook, IL 60490-4933
11461988       +Rite-Way Tile and Carpet Company, Inc.,     William H. Hrabak, Jr,
                 835 McClintock Drive, 2nd Floor,    Burr Ridge, IL 60527-0859
11414279       +Robert J. Walinski,    25 E. Washington Street,    Suite 1221,    Chicago, IL 60602-1875
11414280       +Rockford Auto Glass,    5401 E. State Street,    Rockford, IL 61108-2902
11414281        Roger Sage,    30 W. Madison, Suite 1001,    Madison, WI 53703
11414282       +Roth Architects,    1306 Sherman Avenue,    P.O. Box 5093,    Evanston, IL 60204-5093
11414284       +S. Ira Miller,    111 W. Washington,    Chicago, IL 60602-2713
11529385       +Savko & Sons, Inc,    4636 Shuster Road,    Columbus, Ohio 43214-1934
11414285        Schaeffer, Amos & Hughes, LLC,    1253-G Lyons Road,    Dayton, OH 45458
11414286       +Service Sanitation,    135 Blaine Street,    Gary, IN 46406-1245
11414287       +Service Software,    3929 E. Arapahoe Rd. Ste. 6-210,    Centennial, CO 80122-2074
11414288       +Shanes Supply Company,    2717 Curtiss Street,    Downers Grove, IL 60515-4002
11346858       +Specialty Consultants, Inc.,    320 Fort Duquesne Blvd.,    Gateway Towers, Suite 2710,
                 Pittsburgh, PA 15222-1189
11414293       +Stanley Consultants,    Attn: Legal Dept,    225 Iowa Ave,    Muscatine IA 52761-3764
11414295        Steve Boren,    7105 Owl Way,    Crystal Lake, IL 60014
11414296       +Strategy Planning Associates,    1350 Remington Road,    Suite J,    Schaumburg, IL 60173-4822
11414297       +Stuart A. Peterson,    601 N. Farnsworth,    Aurora, IL 60505-3014
11600460       +Sysco Food Services,    c/o McMahan & Sigunick, Ltd.,    412 S. Wells, 6th Fl.,
                 Chicago, IL 60607-3972
11414298       +Teller, Levit and Silvertrust,    Attn: Arthur Raphael,    11 E. Adams St.,
                 Chicago, IL 60603-6301
11414299        Tempco Heating and Air,    3050 N. Kennicot,    Arlington Heights, IL 60004-1959
11414300       +Testing Service Corp,    360 S. Main Place,    Carol Stream, IL 60188-2404
11414301        The Fence Store,    5927 N. Milwaukee Ave.,    Chicago, IL 60646-5419
11414302       +The Lannert Group, Inc.,    John R. O’Donnell,    Riordan Donnelly Lipinski & McKee, Ltd,
                 10 N Dearborn St. 4th Flr,    Chicago, IL 60602-4326
11481050       +The Lannert Group, Inc.,    215 Fulton Street,    Geneva, Illinois 60134-2747
11414303        The Organizers,    9478 Calumet Ave.,    Munster, IN 46321-2812
11414305       +Thomas Herz,    39 S. LaSalle, #720,    Chicago, IL 60603-1645
11414306        Top Flight Stairs,    865 Commerce Dr.,    South Elgin, IL 60177-2633
11414307       +Torres Credit Services,    27 Fairview St.,    Carlisle, PA 17015-3200
11414310        Tribune Interactive,    434 N. Michigan Avenue,    Chicago, IL 60611
11414311        UPS,    PO Box 650580,    Dallas, TX 75265-0580
11414312       +Van Ru Credit,    10024 Skokie Blvd., #3,    Skokie, IL 60077-9944
11414313       +Veolia,    4612 W. Lake Street,    Melrose Park, IL 60160-2747
11414314       +Veolia Environmental,    4612 W. Lake Street,    Melrose Park, IL 60160-2747
11450848       +Vierbicher Associates, Inc.,    c/o Lester A. Ottenheimer III,    750 Lake Cook Road, Suite 140,
                 Buffalo Grove, IL 60089-2071
11414316       +Village of Lisle,    925 Burlington Ave.,    Lisle, IL 60532-1838
11414317        Village of New Albany,    99 W. Main Street,    P.O. Box 188,    Berkey, OH 43504
11414318       +Village of New Lenox,    701 W. Haven Ave.,    New Lenox, IL 60451-2122
11414319       +Virchow Krause & Company, LLP,    Attorney Roger Sage,    30 W. Miffin Street, Suite 1001,
                 Madison, WI 53703-9500
11414320       +W. Clements Technologies,    3023 N. Clark Street, Suite 160,    Chicago, IL 60657-5200
11414321       +Walinski & Trunkett, PC,    25 E. Washington Street,    Suite 1221,    Chicago, IL 60602-1875
11414322        Walsh Communications,    720 Larch Ave., Suite 2,    Elmhurst, IL 60126-1541
11414323       +Waste Management- RMC,    2421 W Peoria Ave Suite 110,    Phoenix, AZ 85029-4942
11368850       +Wells Fargo Financial Leasing, Inc.,    800 Walnut Street,    MAC F4031-050,
                 Des Moines, IA 50309-3605
11414324        West Asset Management,    5300 Oakbrook Parkway, Suite 300,    Norcross, VA 30093-2254
11632459       +Westchester Fire Insurance Company,    c/o Jennifer L. Hoagland, Esquire,
                 Bazelon Less & Feldman, P.C.,    1515 Marker Street Suite 700,    Phila PA 19102-1907
11414325       +Whirlpool Corporation,    P.O. Box 36000,    Knoxville, TN 37930-6000
11414326       +Wilkor Construction,    PO Box 246,    South Elgin, IL 60177-0246
11346883       +William Hrabak, Jr.,    835 McClintock Rd. 2nd Floor,    Willowbrook, IL 60527-0859
11346882       +William Hrabak, Jr.,    835 McClintock Rd., Second Floor,    Burr Ridge, IL 60527-0859
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11414109       +E-mail/Text: g17768@att.com Mar 16 2016 02:09:36      AT&T,    PO Box 8100,
                 Aurora, IL 60507-8100
11346717       +E-mail/Text: mmeyers@blittandgaines.com Mar 16 2016 02:12:41       Blitt & Gaines, P.C.,
                 661 Glenn Ave.,    Wheeling, IL 60090-6017
11346728       +E-mail/Text: lrobertson@suntimes.com Mar 16 2016 02:11:53       Chicago Sun Times,
                 350 N. Orleans Street,    Chicago, IL 60654-1700
11346730       +E-mail/Text: nanetteparry@cityh2o.com Mar 16 2016 02:11:39       City Water International,
                 P.O. Box 674007,    Dallas, TX 75267-4007
11346734       +E-mail/Text: legalcollections@comed.com Mar 16 2016 02:12:21       Com Ed,    2100 Swift Drive,
                 Attn: Bankruptcy Section/Revenue Managem,    Oakbrook, IL 60523-1559
11414140       +E-mail/Text: legalcollections@comed.com Mar 16 2016 02:12:21       Com Ed,    Bill Payment Center,
                 Chicago, IL 60668-0001
```

Case 07-08190   Doc 109   Filed 03/15/16   Entered 03/17/16 23:48:40   Desc Imaged
                            Certificate of Notice    Page 11 of 12

```
District/off: 0752-1          User: nbatson              Page 4 of 5                   Date Rcvd: Mar 15, 2016
                              Form ID: pdf006            Total Noticed: 210


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11346749       +E-mail/Text: rmccarty@dplawyers.com Mar 16 2016 02:10:20      David Pariser,
                 800 E. Broad Street,    Columbus, OH 43205-1015
11346751       +E-mail/Text: bankruptcy@amtrustgroup.com Mar 16 2016 02:12:06
                 Developers Surety and Indemnity Co.,    Att: Recovery Dept.,     P O Box 19725,
                 Irvine, CA 92623-9725
11346780       +E-mail/Text: bkynotice@harvardcollect.com Mar 16 2016 02:13:13       Harvard Collection,
                 4839 N. Elston,    Chicago, IL 60630-2589
11414196        E-mail/Text: bankruptcy@water.com Mar 16 2016 02:10:31      Hinckley Springs,    PO Box 660579,
                 Dallas, TX 75266-0579
18754938        E-mail/Text: cio.bncmail@irs.gov Mar 16 2016 02:09:55      Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114
11414245        E-mail/Text: mrivera@murphylomon.com Mar 16 2016 02:10:39       Murphey Lomon & Associates,
                 PO Box 2206,    Des Plaines, IL 60017-2206
11414252       +E-mail/Text: bankrup@aglresources.com Mar 16 2016 02:09:25       Nicor,    PO Box 416,
                 Aurora, IL 60568-0001
11414260        E-mail/Text: ikonmgr@rubin-levin.net Mar 16 2016 02:13:17       Pac Van Leasing & Sales,
                 c/o RUBIN & LEVIN, P.C.,     500 Marott Center,    342 Massachusetts Ave.,
                 Indianapolis, IN 46204-2161
11346838       +E-mail/Text: bankruptcy@pb.com Mar 16 2016 02:12:45      Pitney Bowes,    2225 American Drive,
                 Neenah, WI 54956-1005
11346837       +E-mail/Text: bankruptcy@pb.com Mar 16 2016 02:12:45      Pitney Bowes,    P.O. Box 856390,
                 Louisville, KY 40285-6390
11497111       +E-mail/Text: bankruptcy@pb.com Mar 16 2016 02:12:45      Pitney Bowes Inc,     27 Waterview Drive,
                 Shelton, CT 06484-4361
11414283       +E-mail/Text: ikonmgr@rubin-levin.net Mar 16 2016 02:13:17       Rubin & Levin,
                 342 Massachusetts Ave.,    Indianapolis, IN 46204-2161
11414292        E-mail/Text: appebnmailbox@sprint.com Mar 16 2016 02:10:36       Sprint,    P.O. Box 4181,
                 Carol Stream, IL 60197-4181
11414291        E-mail/Text: appebnmailbox@sprint.com Mar 16 2016 02:10:36       Sprint,    PO Box 660092,
                 Dallas, TX 75266
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11346790       James Helfrich,    2116 Stonington Avenue,    IL 61095
11414308       Traditions of Fitchie Creek LLC.
11346718*     +Blitt & Gaines, P.C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
11346724*      Caine & Wiener,    P.O. Box 8500,   Van Nuys, CA 91409-8500
11346733*     +Collection Co. of America,    P.O. Box 601,    Norwell, MA 02061-0601
11346736*     +Comcast Cable,    P.O. Box 3001,   Southeastern, PA 19398-3001
11346743*     +Dan McGregor,   Murphy, Lomon & Assoc.,     P.O. Box 2206,   Des Plaines, IL 60017-2206
11346746*     +Daniel Macahon and Assoc.,    115 E. Commercial Street,    Wood Dale, IL 60191-1556
11346758*     +General Electric Capital Corp.,    1961 Hirst Dr.,    Moberly, MO 65270-3046
11346760*     +George Arquilla III,    4 Andrew Ct.,    Burr Ridge, IL 60527-8128
11346761*     +George Arquilla III,    4 Andrew Ct.,    Burr Ridge, IL 60527-8128
11346763*     +George Arquilla III,    4 Andrew Ct.,    Burr Ridge, IL 60527-8128
11346764*     +George Arquilla III,    4 Andrew Ct.,    Burr Ridge, IL 60527-8128
11346765*     +George Arquilla III,    4 Andrew Ct.,    Burr Ridge, IL 60527-8128
11346766*     +George Arquilla III,    4 Andrew Ct.,    Burr Ridge, IL 60527-8128
11346769*     +George Arquilla Jr.,    1039 Braemoor Dr.,    Downers Grove, IL 60515-5524
11346770*     +George Arquilla Jr.,    1039 Braemoor Dr.,    Downers Grove, IL 60515-5524
11346771*     +George Arquilla Jr.,    1039 Braemoor Dr.,    Downers Grove, IL 60515-5524
11346772*     +George Arquilla Jr.,    1039 Braemoor Dr.,    Downers Grove, IL 60515-5524
11346773*     +George Arquilla Jr.,    1039 Braemoor Dr.,    Downers Grove, IL 60515-5524
11346768*     +George Arquilla Jr.,    1039 Braemoor Dr.,    Downers Grove, IL 60515-5524
11346777*     +George Rubin,    342 Massachusetts Avenue,    Suite 500,   Indianapolis, IN 46204-2132
11346788*     +J. David Ballinger,    180 N. LaSalle, Ste. 3700,    Chicago, IL 60601-2809
11346794*     +Jeffrey Charkow,    222 W. Adams, #1800,    Chicago, IL 60606-5305
11346800*     +Karen Fuller Smith,    P.O. Box 21283,    Columbus, OH 43221-0283
11346805*     +Kruss, Lieberman & Stone,    P.O. Box 17449,    Raleigh, NC 27619-7449
11346818*     +Michael Schifrin,    750 Lake Cook, Suite 140,    Buffalo Grove, IL 60089-2071
11414253*     +Nicor,   PO Box 416,    Aurora, IL 60568-0001
11414266*     +Pitney Bowes,    P.O. Box 856390,   Louisville, KY 40285-6390
11414268*      Pitney Bowes Inc.,    P.O. Box 856390,    Louisville, KY 40285-6390
11414328*     +William Hrabak, Jr.,    835 McClintock Rd. 2nd Floor,    Willowbrook, IL 60527-0859
11414116      ##+B&L Services,    1246 East Ave.,   Berwyn, IL 60402-1003
11414161       ##Enterprise Signs,    12326 S. Keeler Ave.,    Alsip, IL 60803-1813
11346779      ##+Greg Greenhill Construction,    5419 Hayden Lane,    Ringwood, IL 60072-9426
11414193       ##Heights Glass and Mirrors,    1040 Entry Dr.,    Bensenville, IL 60106-3315
11346782      ##+Heritage Plumbing Co.,    2116 Stonington Avenue,    Schaumburg, IL 60169-2017
11346804      ##+Kruss, Lieberman & Stone,    PO Box 17449,    Raleigh, NC 27619-7449
11414226      ##+Laminated Products,    5718 52nd Street,    Kenosha, WI 53144-2237
11346813      ##+McMahan & Sigunick,    412 S Wells, 6th FL,    Chicago, IL 60607-3972
11414254       ##+Northshore Gas Company,    PO Box A3991,    Chicago, IL 60690-3991
11414276      ##+Richard C. Jones,    77 W. Washington, Suite 2100,    Chicago, IL 60602-2903
11414289      ##+Smith & Hale,    37 W. Broad, Ste. 725,    Columbus, OH 43215-4198
11414309      ##+Transworld Systems,    2235 Mercury Way, Ste. 275,    Santa Rosa, CA 95407-5463
11414315      ##+Vierbicher Associates,    400 Viking Drive,    P.O. Box 379,   Reedsburg, WI 53959-0379
11414330      ##+Yancey & Cooper,    700 Sevier Avenue,    Knoxville, TN 37920-1859
```

```
District/off: 0752-1          User: nbatson              Page 5 of 5                  Date Rcvd: Mar 15, 2016
                              Form ID: pdf006            Total Noticed: 210
```

***** BYPASSED RECIPIENTS (continued) *****

TOTALS: 2, * 29, ## 14

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2016 at the address(es) listed below:
              Andrew A Muchoney    on behalf of Creditor    General Electric Capital Corporation
               amuchoney@costonlaw.com,    vivers@costonlaw.com;mwatson@costonlaw.com
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
               brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Accountant Alan  Lasko brenda.helms@albanybank.com,
               bhelms@ecf.epiqsystems.com
              Brian M. Dougherty    on behalf of Creditor    Rite-Way Tile and Carpet Co., Inc. bmd@gsrnh.com,
               kam@gsrnh.com
              Christopher H Purcell    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw13@aol.com
              Dennis M Sbertoli    on behalf of Creditor Michael  Camper dsbert4978@aol.com
              Gina B Krol, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol, ESQ    on behalf of Accountant Alan  Lasko gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.com
              Jennifer Rojas    on behalf of Creditor    General Electric Capital Corporation
               jrojas@costonlaw.com,    stein@dlec.com
              Jennifer B Herzog    on behalf of Creditor    Godfrey & Kahn, S.C. jherzog@gklaw.com,
               zraiche@gklaw.com;eseelig@gklaw.com
              Joseph E Cohen    on behalf of Trustee Brenda Porter Helms, ESQ jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
               ;gsullivan@cohenandkrol.com
              Kent A Gaertner    on behalf of Debtor 1    Burnside Construction Company
               kgaertner@springerbrown.com,    kgaertner@springerbrown.com;iprice@springerbrown.com
              Linda M Kujaca    on behalf of Trustee Brenda Porter Helms, ESQ lkujaca@gmail.com
              Marc  S Lipinski    on behalf of Creditor    The Lannert Group, Inc. mlipinski@khl-law.com
              Patricia E. Rademacher    on behalf of Creditor    General Electric Capital Corporation
               prademacher@costonlaw.com,    jrojas@costonlaw.com;vivers@costonlaw.com;amuchoney@costonlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 17